IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | |
| | NO. 05-00124 |
| RONALD E. PHILPOT and | CHAPTER 13 |
| BETTY J. PHILPOT | |
| a/k/a BETTY J. LEE, | |
| Debtors | JUDGE JACQUELINE P. COX |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. F/K/A NORWEST MORTGAGE, INC., its successors and/or assigns (hereinafter referred to as "WELLS FARGO BANK"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on January 4, 2005, the Debtors herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That WELLS FARGO BANK is a creditor of the Debtors with respect to a certain mortgage upon real estate, with a common address of 7920 S. Aberdeen Street, Chicago, Illinois 60620.

3. That, on May 5, 2009, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph E(3)(d) of Plan.

4. As of this date, creditor's records still reflect a balance of $2,083.97 in regular payments. (See Exhibit A.)

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for WELLS FARGO BANK, N.A., its Successors and/or Assigns

Case # 05-00124     Philpot     4050-N-0232
Post Petition Payment Shortages

| Date | P&I | Escrow | Payment | Trustee Pmt | Difference |
|---|---|---|---|---|---|
| 2/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 3/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 4/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 5/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 6/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 7/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 8/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 9/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 10/1/2005 | $ 433.90 | $ 253.32 | $ 687.22 | $ 710.59 | $ 23.37 |
| 11/1/2005 | $ 433.90 | $ 246.18 | $ 680.08 | $ 710.59 | $ 30.51 |
| 12/1/2005 | $ 433.90 | $ 246.18 | $ 680.08 | $ 710.59 | $ 30.51 |
| 1/1/2006 | $ 433.90 | $ 246.18 | $ 680.08 | $ 710.59 | $ 30.51 |
| 2/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 3/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 4/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 5/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 6/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 7/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 8/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 9/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 10/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 11/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 12/1/2006 | $ 469.47 | $ 246.18 | $ 715.65 | $ 710.59 | $ (5.06) |
| 1/1/2007 | $ 469.47 | $ 253.12 | $ 722.59 | $ 710.59 | $ (12.00) |
| 2/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 3/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 4/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 5/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 6/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 7/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 8/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 9/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 10/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 11/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 12/1/2007 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 1/1/2008 | $ 504.91 | $ 253.12 | $ 758.03 | $ 710.59 | $ (47.44) |
| 2/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 3/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 4/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 5/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 6/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 7/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 8/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 9/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 10/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 11/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 12/1/2008 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 1/1/2009 | $ 471.02 | $ 368.19 | $ 839.21 | $ 710.59 | $ (128.62) |
| 2/1/2009 | $ 440.00 | $ 368.19 | $ 808.19 | $ 710.59 | $ (97.60) |
| 3/1/2009 | $ 440.00 | $ 292.16 | $ 732.16 | $ 710.59 | $ (21.57) |
| 4/1/2009 | $ 440.00 | $ 292.16 | $ 732.16 | $ 710.59 | $ (21.57) |

EXHIBIT A

Case # 05-00124  Philpot
Post Petition Payment Shortages

| | | | | | |
|---|---|---|---|---|---|
| 5/1/2009 | $ 440.00 | $ 292.16 | $ 732.16 | $ 710.59 | $ (21.57) |
| 6/1/2009 | $ 440.00 | $ 292.16 | $ 732.16 | $ 710.59 | $ (21.57) |
| 7/1/2009 | $ 440.00 | $ 292.16 | $ 732.16 | $ 710.59 | $ (21.57) |
| | | | | | |
| | | | | | |

| Total Due per Client: | $ 40,455.83 |
|---|---|
| Payments Disbursed: | $ 38,371.86 |
| Shortage Amount: | $ 2,083.97 |